WR-48,100-03,04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/24/2015 9:45:47 AM
Accepted 8/24/2015 10:27:39 AM
ABEL ACOSTA
CLERK

NO. WR-48,100-03 AND WR-48,100-04

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
8/24/2015
ABEL ACOSTA, CLERK

---

EX PARTE REGINALD WAYNE GOUDEAU, Applicant

---

MOTION FOR EXTENSION OF TIME TO FILE
FACT ISSUES

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, the Honorable Denise Bradley, Presiding Judge of the 262nd Judicial District Court of Harris County, Texas, and moves this Honorable Court to extend the time for filing fact issues, and in support of this motion would show the Court as follows:

I.

In 2005, Applicant was convicted, upon his pleas of guilty, in the 262nd District Court, Harris County, Texas, of driving while intoxicated, and possession of cocaine, and sentenced to ten and fifteen years imprisonment, respectively. His convictions were appealed and affirmed. Applicant, pursuant to the provisions of Art. 11.07, Texas Code of Criminal Procedure, filed applications for writs of habeas corpus. In December, 2014, the trial court signed findings of fact and conclusions of law recommending that the writ applications be dismissed. This Court entered an order on March 18, 2015, finding that the Applicant had alleged facts concerning ineffective assistance of counsel that might entitle him to relief. The trial court was ordered to make findings of fact and conclusions of law resolving the issues.

Upon remand, court personnel made diligent efforts to locate and communicate with Applicant without success. On May 29, 2015, the trial court appointed Scott Ramsey to represent Applicant in these post-conviction writ proceedings. Counsel obtained and reviewed the writ applications filed.

In an effort to confer with Applicant, Applicant's counsel made efforts to contact him through the address and phone numbers provided and also contacted Applicant's parole officer. Applicant's counsel received no response until recently when the parole officer advised him that Applicant had been returned to prison on new convictions in June, 2015. Based on the information provided, Applicant's counsel contacted Liberty County and learned that Applicant had been convicted of several felonies and sentenced on June 18, 2015 to the Texas Department of Corrections. (Exhibit "A")

Applicant is currently at the Holiday Unit in Huntsville, Texas, but is ineligible for visits.

Applicant's counsel has been unable to confer with Applicant concerning these writ proceedings. Applicant's counsel does not know if Applicant still wishes to pursue these cases and has not received the benefit of Applicant's explanation of the facts which support the points raised in his applications.

For these reasons, the trial court requests an extension of time to file the factual issues and legal conclusions with this Court. This additional time will allow Applicant's counsel to confer with

Applicant and his trial attorney and if necessary, request a hearing before the trial court. The trial court requests an extension until October 23, 2015.

II.

Counsel for Applicant and the State concur in this request.

III.

The trial court requests this additional time not for the purpose of delay, but that adequate time and effort might be expended on behalf of Applicant in order to create a comprehensive record regarding the factual and legal issues in these writ applications.

WHEREFORE, PREMISES CONSIDERED, the trial court requests that this Court grant an extension of time to file the factual issues until October 23, 2015, and for such other and further relief to which Applicant may show himself to be justly entitled.

Respectfully submitted,

Honorable Denise Bradley
Judge Presiding, 262nd District Court
1201 Franklin, 15th Floor
Houston, Texas 77002
(713) 755-6961

3

EXHIBIT "A"

NO. CR30563

THE STATE OF TEXAS § IN THE DISTRICT COURT OF

VS. § LIBERTY COUNTY, TEXAS

Reginald Wayne Goudeau § 253rd JUDICIAL DISTRICT

## MOTION TO CONSIDER UNADJUDICATED OFFENSE(S)
## PURSUANT TO TEXAS PENAL CODE 12.45

NOW COMES the defendant, Reginald Wayne Goudeau,

and his attorney of record, MARK Thering,

and respectfully requested this court to take into account in determining sentence in this case the

following unadjudicated offense(s): CR29137 (Pos - Phencyclidine )

The defendant confesses his/her guilt of the unadjudicated offense(s) referenced above

and confesses to committing each element of the unadjudicated offense(s).

Respectfully submitted,

_____
Counsel for Defendant

_____
Defendant

Consent by State's Attorney

_____
Assistant District Attorney
Liberty County, Texas

The Court takes the above referenced unadjudicated offense(s) into account in

determining the defendant's sentence.

SIGNED THIS 18th day of June, 2015.

_____
CHAP B. CAIN III
JUDGE PRESIDING
253rd District Court

FILED
at 2:18 o'clock P M

JUN 18 2015

DONNA G. BROWN
Clerk District County, Liberty, TX
BY _____ DEPUTY

STATE OF TEXAS
COUNTY OF LIBERTY
I, Donna G. Brown, District Clerk of Liberty County, Texas, do
hereby certify that the foregoing is a true and correct copy of
the original record now in my lawful custody and possession,
filed on _____ as appears of record in my office.
Witness my official hand and seal of office this
Aug 07, 2015
DONNA G. BROWN DISTRICT CLERK
Liberty County, Texas
By _____ Deputy

CERTIFIED COPY



| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE 253RD JUDICIAL | |
| | § | | |
| v. | § | DISTRICT COURT OF | |
| | § | | |
| REGINALD WAYNE GOUDEAU | § | LIBERTY COUNTY, TEXAS | |
| | § | | |
| STATE ID NO.: TX02972286 | § | | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. CHAP B CAIN, III | Date Judgment Entered: | 06-18-2015 |
| Attorney for State: | STEPHEN C. TAYLOR | Attorney for Defendant: | MARK THERING |

Offense for which Defendant Convicted:

POSS CS PG 1 <1G - ENHANCED

| | | |
|---|---|---|
| Charging Instrument: Indictment | Statute for Offense: Article or Section 481.115(b) HSC  12.425 PC | |
| Date of Offense: 01-22-2013 | | |
| Degree of Offense: 2ND Degree Felony | Plea to Offense: Guilty | Findings on Deadly Weapon: N/A |

Terms of Plea Bargain:

_3_ Year(s) Institutional Division, TDCJ

**Court Costs (As Assessed By The District Clerk's Office)**

$.00 Fine, $.00 Restitution, $.00 Attorney Fees

| | | | |
|---|---|---|---|
| Plea to Enhancement Paragraph(s): | True | Plea to Habitual Paragraph(s): | True |
| Findings on Enhancement Paragraph(s): | True | Findings Habitual Paragraph(s): | True |
| Date Sentence Imposed: | 06-18-2015 | Date Sentence to Commence: | 06-18-2015 |
| Punishment and Place of Confinement: | _3_ Year(s) Institutional Division, TDCJ | | |

**THIS SENTENCE SHALL RUN CONCURRENTLY**

CERTIFIED COPY

| Fine:: | Attorney Fees | Court Costs: | Restitution: $.00 |
|---|---|---|---|
| $.00 | $.00 | As Assessed By The District Clerk's Office | Payable to: AGENCY: |

**Sex Offender Registration Requirements** do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A.

**VICTIM IMPACT STATEMENT AVAILABLE: NO**

| Time | From: 10-18-2010 to 10-19-2010 |
|---|---|
| Credited: | From: 01-22-2013 to 01-24-2013 |

**All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.**

This cause was called for trial in Liberty County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the _____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Liberty County, Texas on the date the sentence is to commence. Defendant shall be confined in the Liberty County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the _____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Liberty County **District Clerk.** Once there, the Court


CERTIFIED COPY

ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court **ORDERS** Defendant's sentence EXECUTED.

☐ The Court **ORDERS** Defendant's sentence of confinement SUSPENDED. The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

Furthermore, the following special findings or orders apply: The Court FINDS that, with the consent of the State's attorney, Defendant admitted guilt as to the following unadjudicated offense(s), Department of Public Safety (N2A5100054.1)(CR29137)1- offense of POSS CS PG 1 <1G - committed on or about 18th day of October, 2010, and the Court agreed to take the unadjudicated offense(s) into account in determining the sentence for the offense of which Defendant was adjudged guilty. Accordingly, the Court FINDS prosecution is barred for the unadjudicated offense(s) listed above. TEX. PENAL CODE § 12.45.

Signed and entered on the 18th day of June, 2015.

_____
**JUDGE PRESIDING**



Right Thumbprint

**FILED**
at 2:18 o'clock P M

JUN 1 8 2015
DONNA G. BROWN
Clerk District Court, Liberty, TX
BY _____ DEPUTY

P a g e  3 CR30563

SC

STATE OF TEXAS
COUNTY OF LIBERTY
I, Donna G. Brown, District Clerk of Liberty County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record now in my lawful custody and possession, as appears of record in my office.
filed on _____
Witness my official hand and seal of office, this _____
_____ DONNA G. BROWN DISTRICT CLERK
Liberty County, Texas
By _____ Deputy

CERTIFIED COPY

FELONY COURT COST LIBERTY COUNTY, TEXAS effective on 9.1.13

CAUSE NO. CR 3513          STATE OF TEXAS VS. Reginald Wayne Goudeau

IN THE 253rd JUDICIAL DISTRICT COURT OF LIBERTY COUNTY, TEXAS

Basic Court Cost (Felony) ............................................................ $229.00

**▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪**
Peace Officers Fees:

| | | |
|---|---|---|
| Notice to Appear ......................................... | $5.00 | |
| Executing Capias _____ x ............................. | $50.00 | |
| Summoning Witness _____ x ......................... | $5.00 | |
| Serving Writ ................................................ | $35.00 | |
| Taking & Approving Bond _1_ x ................... | $10.00 | 10.00 |
| Commitment & Release _1_ x......................... | $5.00 | 5.00 |
| Summoning Jury _____ x .............................. | $5.00 | |
| JURY FEE (UPON CONVICTION) .................... | $20.00 | |
| VIDEO FEE .................................................. | $15.00 | |

FAMILY VIOLENCE CENTER FEE effective 01-01-2010
Court determines offence of Family Violence – Probation Only ...................... $100.00

| | | |
|---|---|---|
| EMS TRAUMA FACILITIES AND CARE SYSTEMS effective 09-01-03 ......... | $100.00 | |
| LOCAL CRIME STOPPERS ............................................................. | $50.00 | |
| CHILD ABUSE PREVENTION FEE .................................................... | $100.00 | |
| RESTITUTION FEE ......................................................................... | $12.00 | |
| TIME PAYMENT FEE ....................................................................... | $25.00 | 25.00 |
| DNA FEE (Felony) Effective 09-01-1999 ............................................. | $250.00 | |
| DNA FEE – PROBATION ONLY – Effective 09-01-2009 .......................... | $34.00 | |
| DRUG COURT PROGRAM FEE Effective 06-15-2007 $50.00 after 01-01-2010 ... | $60.00 | 60.00 |
| FELONY GRAFFITI ERADICATION FEE – Effective 01-01-2007 ................. | $50.00 | |

TOTAL COURT COST >>>>>>>>>>>>>>      $329.00

ATTORNEY FEES ASSESSED .................................................................. $_____

FINE .................................................................................................... $_____

TOTAL FINE AND COURT COST >>>>>>>>>>>>>>>>>>>>>>>>      $329.00

RESTITUTION .......................................................................................... $_____
*PAY TO PROBATION*

I, Donna G. Brown, District Clerk, certify that the above cost are an accurate assessment of fees pursuant to the laws of the State of Texas, in the above styled and numbered cause in the District Court of Liberty County, Texas .

DONNA G. BROWN, District Clerk
Liberty County, Texas

By: _____ , Deputy

CERTIFIED
COPY



| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 253RD JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| REGINALD WAYNE GOUDEAU | § | LIBERTY COUNTY, TEXAS |
| | § | |
| STATE ID No.: TX02972286 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. CHAP B CAIN, III | Date Judgment Entered: | 06-18-2015 |
| Attorney for State: | STEPHEN C. TAYLOR | Attorney for Defendant: | MARK THERING |

Offense for which Defendant Convicted:

POSS CS PG 1 <1G - ENHANCED

| | |
|---|---|
| Charging Instrument: | Statute for Offense: |
| Indictment | Article or Section 481.115(b) HSC  12.425 PC |

Date of Offense:

01-22-2013

| | | |
|---|---|---|
| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
| 2ND Degree Felony | Guilty | N/A |

Terms of Plea Bargain:

_3_ Year(s) Institutional Division, TDCJ

Court Costs (As Assessed By The District Clerk's Office)

**$.00** Fine, **$.00** Restitution, **$.00** Attorney Fees

| | | | |
|---|---|---|---|
| Plea to Enhancement Paragraph(s): | True | Plea to Habitual Paragraph(s): | True |
| Findings on Enhancement Paragraph(s): | True | Findings Habitual Paragraph(s): | True |
| Date Sentence Imposed: | 06-18-2015 | Date Sentence to Commence: | 06-18-2015 |
| Punishment and Place of Confinement: | _3_ Year(s) Institutional Division, TDCJ | | |

**THIS SENTENCE SHALL RUN CONCURRENTLY**

 CERTIFIED COPY

| Fine:: | Attorney Fees | Court Costs: | Restitution: $.00 |
|---|---|---|---|
| $.00 | $.00 | As Assessed By The District Clerk's Office | Payable to: AGENCY: |

**Sex Offender Registration Requirements** do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A.

**VICTIM IMPACT STATEMENT AVAILABLE:** NO

| Time Credited: | From: 10-18-2010 to 10-19-2010 |
|---|---|
| | From: 01-22-2013 to 01-24-2013 |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Liberty County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the _____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Liberty County, Texas on the date the sentence is to commence. Defendant shall be confined in the Liberty County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the _____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Liberty County **District Clerk.** Once there, the Court



ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

Furthermore, the following special findings or orders apply: The Court FINDS that, with the consent of the State's attorney, Defendant admitted guilt as to the following unadjudicated offense(s), Department of Public Safety (N2A5100054.1)(CR29137)1- offense of POSS CS PG 1 <1G - committed on or about 18th day of October, 2010, and the Court agreed to take the unadjudicated offense(s) into account in determining the sentence for the offense of which Defendant was adjudged guilty. Accordingly, the Court FINDS prosecution is barred for the unadjudicated offense(s) listed above. TEX. PENAL CODE § 12.45.

Signed and entered on the 18th day of June, 2015.

_____
JUDGE PRESIDING

Right Thumbprint

FILED
at 2:18 o'clock P M

JUN 18 2015

DONNA G. BROWN
Clerk District Court, Liberty, TX
BY _____ DEPUTY

Page 3 CR30563

SC

STATE OF
COUNTY OF LIBERTY
I, Donna G. Brown, District Clerk of Liberty County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, filed on _____ as appears of record in my office.

Witness my official hand and seal of office, this _____

DONNA G. BROWN DISTRICT CLERK
Liberty County, Texas
By _____ Deputy

CERTIFIED COPY

FELONY COURT COST LIBERTY COUNTY, TEXAS effective on 9.1.13

CAUSE NO. CR 3518  STATE OF TEXAS VS. Reginald Wayne Goudeau

IN THE 253rd JUDICIAL DISTRICT COURT OF LIBERTY COUNTY, TEXAS

Basic Court Cost (Felony) ............................................................ $229.00

Peace Officers Fees:

| | | |
|---|---|---|
| Notice to Appear ............................................ | $5.00 | |
| Executing Capias _____ x ................................. | $50.00 | |
| Summoning Witness _____ x ............................. | $5.00 | |
| Serving Writ ................................................... | $35.00 | |
| Taking & Approving Bond _1_ x ........................ | $10.00 | 10.00 |
| Commitment & Release _1_ x ........................... | $5.00 | 5.00 |
| Summoning Jury _____ x .................................. | $5.00 | |

| | | |
|---|---|---|
| JURY FEE (UPON CONVICTION) ............................................ | $20.00 | |
| VIDEO FEE ...................................................................... | $15.00 | |
| FAMILY VIOLENCE CENTER FEE effective 01-01-2010 Court determines offence of Family Violence -- Probation Only .................. | $100.00 | |
| EMS TRAUMA FACILITIES AND CARE SYSTEMS effective 09-01-03 ....... | $100.00 | |
| LOCAL CRIME STOPPERS ................................................... | $50.00 | |
| CHILD ABUSE PREVENTION FEE .......................................... | $100.00 | |
| RESTITUTION FEE ............................................................. | $12.00 | |
| TIME PAYMENT FEE .......................................................... | $25.00 | 25.00 |
| DNA FEE (Felony) Effective 09-01-1999 .................................. | $250.00 | |
| DNA FEE – PROBATION ONLY – Effective 09-01-2009 ................ | $34.00 | |
| DRUG COURT PROGRAM FEE Effective 06-15-2007 $50.00 after 01-01-2010 ... | $60.00 | 60.00 |
| FELONY GRAFFITI ERADICATIONFEE – Effective 01-01-2007 .......... | $50.00 | |

TOTAL COURT COST >>>>>>>>>>>>>> $329.00

ATTORNEY FEES ASSESSED ............................................................... $_____

FINE ........................................................................................... $_____

TOTAL FINE AND COURT COST >>>>>>>>>>>>>>>>>>>>> $329.00

RESTITUTION ................................................................................ $_____
PAY TO PROBATION

I, Donna G. Brown, District Clerk, certify that the above cost are an accurate assessment of fees pursuant to the laws of the State of Texas, in the above styled and numbered cause in the District Court of Liberty County, Texas .

DONNA G. BROWN, District Clerk
Liberty County, Texas

By: _____ , Deputy

CERTIFIED COPY



CAUSE NO. CR30564     COUNT (Single Count)
TRN: 9138923831 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 253RD JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| REGINALD WAYNE GOUDEAU | § | LIBERTY COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX02972286 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. CHAP B CAIN, III | Date Judgment Entered: | 06-18-2015 |
| Attorney for State: | STEPHEN C. TAYLOR | Attorney for Defendant: | MARK THERING |

Offense for which Defendant Convicted:

POSS CS PG 1 <1G - ENHANCED

| | |
|---|---|
| Charging Instrument: | Statute for Offense: |
| Indictment | Article or Section 481.115(b) HSC 12.425 PC |

Date of Offense:

01-22-2013

| | | |
|---|---|---|
| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
| 2ND Degree Felony | Guilty | N/A |

Terms of Plea Bargain:

_3 Year(s) Institutional Division, TDCJ

Court Costs (As Assessed By The District Clerk's Office)

$.00 Fine, $.00 Restitution, $.00 Attorney Fees

| | | | |
|---|---|---|---|
| Plea to Enhancement Paragraph(s): | True | Plea to Habitual Paragraph(s): | True |
| Findings on Enhancement Paragraph(s): | True | Findings Habitual Paragraph(s): | True |
| Date Sentence Imposed: | 06-18-2015 | Date Sentence to Commence: | 06-18-2015 |
| Punishment and Place of Confinement: | _3 Year(s) Institutional Division, TDCJ | | |

### THIS SENTENCE SHALL RUN CONCURRENTLY

CERTIFIED COPY

| Fine:: | Attorney Fees | Court Costs: | Restitution: $.00 |
|--------|---------------|--------------|-------------------|
| $.00 | $.00 | As Assessed By The District Clerk's Office | Payable to: |
| | | | AGENCY: |

**Sex Offender Registration Requirements** do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A.

**VICTIM IMPACT STATEMENT AVAILABLE: NO**

Time Credited: From: 01-22-2013 to 01-24-2013

**All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.**

This cause was called for trial in Liberty County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the _____. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Liberty County, Texas on the date the sentence is to commence. Defendant shall be confined in the Liberty County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the _____. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the Liberty County **District Clerk.** Once there, the Court

CERTIFIED COPY

ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

## Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

Furthermore, the following special findings or orders apply: N/A

Signed and entered on the 18th day of June, 2015.

_____
JUDGE PRESIDING



Right Thumbprint

SC

FILED
at 12:18 o'clock P M

JUN 1 8 2015

DONNA G. BROWN
Clerk, District Court, Liberty, TX
BY _____ DEPUTY

STATE OF TEXAS
COUNTY OF LIBERTY
I, Donna G. Brown, District Clerk of Liberty County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record now in my lawful custody and possession, filed on June 18, 2015 as appears of record in my office.
Witness my official hand and seal of office, this
Aug 01 2015

DONNA G. BROWN DISTRICT CLERK
Liberty County, Texas
By _____ Deputy

CERTIFIED COPY

Page 3 CR30564

FELONY COURT COST LIBERTY COUNTY, TEXAS effective on 9.1.13

CAUSE NO. CR30564          STATE OF TEXAS VS. Reginald Wayne Goudeau

IN THE 158th JUDICIAL DISTRICT COURT OF LIBERTY COUNTY, TEXAS

Basic Court Cost (Felony) ............................................................. $229.00

Peace Officers Fees:

| | | |
|---|---|---|
| Notice to Appear ................................................ | $5.00 | |
| Executing Capias _____ x ................................... | $50.00 | |
| Summoning Witness _____ x ............................... | $5.00 | |
| Serving Writ ...................................................... | $35.00 | |
| Taking & Approving Bond _1_ x .......................... | $10.00 | 10.00 |
| Commitment & Release _1_ x............................... | $5.00 | 5.00 |
| Summoning Jury _____ x ..................................... | $5.00 | |
| JURY FEE (UPON CONVICTION) ........................ | $20.00 | |
| VIDEO FEE .......................................................... | $15.00 | |

FAMILY VIOLENCE CENTER FEE effective 01-01-2010
Court determines offence of Family Violence – Probation Only ...................... $100.00 _____

EMS TRAUMA FACILITIES AND CARE SYSTEMS effective 09-01-03 ......... $100.00 _____

LOCAL CRIME STOPPERS ................................................................. $50.00 _____

CHILD ABUSE PREVENTION FEE ..................................................... $100.00 _____

RESTITUTION FEE ........................................................................... $12.00 _____

TIME PAYMENT FEE ....................................................................... $25.00    25.00

DNA FEE (Felony) Effective 09-01-1999 ............................................. $250.00 _____

DNA FEE – PROBATION ONLY – Effective 09-01-2009 ........................ $34.00 _____

DRUG COURT PROGRAM FEE Effective 06-15-2007 $50.00 after 01-01-2010 ... $60.00    60.00

FELONY GRAFFITI ERADICATIONFEE – Effective 01-01-2007 .................. $50.00 _____

TOTAL COURT COST >>>>>>>>>>>>>  $329.00

ATTORNEY FEES ASSESSED ............................................................ $_____

FINE .................................................................................................. $_____

TOTAL FINE AND COURT COST >>>>>>>>>>>>>>>>>>>>>>  $329.00

RESTITUTION ................................................................................... $_____
PAY TO PROBATION

I, Donna G. Brown, District Clerk, certify that the above cost are an accurate assessment of fees pursuant to the laws of the State of Texas, in the above styled and numbered cause in the District Court of Liberty County, Texas .

DONNA G. BROWN, District Clerk
Liberty County, Texas

By: _____ , Deputy

